# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MONICA D. NASH,

    Plaintiff,

v.

MILWAUKEE COUNTY, SHAWN BACICH, DENITA BALL, THEODORE CHISHOLM, BRENT SMOOT, EARNELL LUCAS, DETECTIVE MITCHELL GOTTSCHALK, and RON LAGOSH,

    Defendants.

Case No. 24-CV-890-JPS

**ORDER**

Now before the Court is Magistrate Judge William E. Duffin's report and recommendation recommending that Plaintiff Monica D. Nash's ("Plaintiff") case be dismissed as duplicative of another that Plaintiff filed just three months prior. ECF No. 7 at 4 (citing *Nash v. Bacich et al.*, 24-CV-442-JPS (E.D. Wis.) ("Case No. 24-CV-442")). In the instant suit, Plaintiff sues the same group of Defendants regarding the same allegations as in Case No. 24-CV-442. *Id.* As Magistrate Judge Duffin noted, filing multiple lawsuits against the same defendants regarding the same allegations and events is "inefficient," "creates the risk of inconsistent judgments," and "opens the door to abuses, such as judge shopping." *Id.* (citing Civ. L.R. 41(e)). Courts may accordingly dismiss such duplicative lawsuits. *Id.* (citing *McReynolds v. Merrill Lynch & Co.*, 694 F.3d 873, 888 (7th Cir. 2012) and *Hye-Young Park v. Bd. of Trs. of the Univ. of Ill.*, No. 18-CV-2090, 2018 U.S. Dist.

LEXIS 243261, at *3–4 (C.D. Ill. May 7, 2018)). Magistrate Judge Duffin therefore recommended that this case be dismissed. *Id.* at 5.

Magistrate Judge Duffin also noted that any written objection to his recommendation "shall be filed within fourteen days of th[e] recommendation" and that "[f]ailure to timely object waives a party's right to review." *Id.* (citing 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2)). Plaintiff has not timely objected.[1] In light of the lack of timely objection, and seeing no independent reason to depart from Magistrate Judge Duffin's recommendation, the Court will adopt it and dismiss this case.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation, ECF No. 7, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff Monica D. Nash's motion for e-filing privileges, ECF No. 5, be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2024.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge

---

[1] Plaintiff moved for e-filing privileges, ECF No. 5, but the pendency of that motion did not toll her objections period.